ACCEPTED
03-14-00626-CV
4097841
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 4:26:35 PM
JEFFREY D. KYLE
CLERK

**03-14-00626-CV**

_____

In the Court of Appeals for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 4:26:35 PM
JEFFREY D. KYLE
Clerk

_____

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and
Ken Paxton, Attorney General of the State of Texas**
Appellants

v.

**Budget PrePay, Inc.,**
Appellee.

_____

On Appeal from the 126th Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-11-001189
The Honorable Gisela D. Triana, Presiding

_____

**NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS**

TO THE HONORABLE THIRD COURT OF APPEALS:

Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants, file this notice of automatic substitution under Texas Rule of Appellate Procedure Rule 7.2(a). Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015. Accordingly, Glenn Hegar and Ken Paxton should be substituted as Appellants in this action.

Therefore, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, request that they be substituted for former officeholders Susan Combs and Greg Abbott in this action.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division


*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
Attorneys for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2015, a true and correct copy of the foregoing **Notice of Automatic Substitution of Public Officers** was sent to the Appellee's attorneys of record below via e-service and/or electronic mail as follows:

Scott M. Seidel
SEIDEL LAW FIRM
6505 West Park Boulevard, Suite 306
Plano, TX 75093
Scott.Seidel@earthlink.net

Anthony C. Gulotta
GULOTTA LAW GROUP, P.C
6375 Flank Drive, #200
Harrisburg, PA 17112-4600
tgulotta@gulottalawgroup.com

*/s/Charles K. Eldred*
CHARLES K. ELDRED